UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60660-CIV-HUCK

ALLISON STEINBERG,

       Plaintiff,

vs.

STITCH & CRAFT, INC.,

       Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT JUDGMENT AND CLASS CERTIFICATION

This cause is before the Court on Plaintiff's motions for entry of default judgment (Doc. 12) and for class certification (Doc. 12-1), filed December 18, 2009. Plaintiff requests the following relief: (1) the Court enter judgment against Defendant as to liability only, (2) the Court grant Plaintiff leave to conduct discovery in connection with her motion for class certification, and (3) the Court reserve jurisdiction on the issue of damages. The Court has reviewed the motions and is otherwise duly advised. It is hereby

ORDERED AND ADJUDGED that Plaintiff's motions are GRANTED IN PART and DENIED IN PART as follows:

1)    Judgment is entered in favor of Plaintiff Allison Steinberg and against Defendant Stitch & Craft, Inc., on the issue of Defendant's liability.

2)    Plaintiff's motion for class certification and request to conduct discovery are denied. Pursuant to the Court's Scheduling Order (Doc. 7) motions to join additional parties, amend pleadings, and for class certification must be filed 170 days before trial. Plaintiff's motion was filed 87 days before trial.

3)    The Court retains jurisdiction to determine damages as to Plaintiff Allison Steinberg only. Plaintiff shall submit affidavit(s) regarding damages on or before January 18, 2010.

DONE AND ORDERED in Chambers, Miami, Florida, this 23rd day of December, 2009.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record